**Dismissed and Memorandum Opinion filed July 23, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00400-CV

## JOY CHINENYE LOVE, Appellant

### V.

## GEICO, Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-258319**

## MEMORANDUM  OPINION

This appeal is from a judgment signed April 16, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On June 18, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.